**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EIGHT SLEEP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOMNUS LAB and RAYNEWOOD AB, <br><br> Defendants. | Case No. 2:25-cv-1011-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF EIGHT SLEEP, INC.'S NOTICE REGARDING DEFENDANTS'
IMMINENT PLANS TO COMMENCE INFRINGING U.S. SALES**

On October 6, 2025, Plaintiff Eight Sleep, Inc. ("Eight Sleep") filed suit against Defendants Somnus Lab and Raynewood AB (collectively, "Somnus" or "Defendants") based, in part, on their offers to sell temperature-regulating smart mattress covers that infringed Eight Sleep's Patents-in-Suit. (Dkt. 1). Eight Sleep formally served Somnus and, in addition, repeatedly notified Somnus about the pendency of this action. (Dkt. 10 at 2). Somnus did not appear or otherwise respond to the complaint. *Id.* On January 6, 2026, the clerk entered default. (Dkt. 8). On February 5, 2026, Magistrate Judge Payne issued a Report and Recommendation recommending granting Eight Sleep's request for default judgment and a permanent injunction. (Dkt. 10). Somnus still did not enter an appearance or lodge any objections. Although not required, Eight Sleep served Somnus with the Report and Recommendation. *See* Declaration of Ryan R. Smith, Exhibit 1.

Despite having defaulted, Somnus has nonetheless doubled down on its plans to sell infringing products in the United States. Specifically, Somnus recently launched a page/community on Reddit where numerous "beta testers," including several who appear to be from the United States, have posted reviews of their experience using infringing Somnus products.

*See* Smith Decl., Ex. 2.  These product reviews have spurred interest from prospective customers. Somnus's official response to an inquiry from one such prospective customer was that "***[f]or our US community, we're just about 1-2 weeks out!*** Stay tuned, and feel free to ask if you need more info."  Smith Decl., Ex. 3 (emphasis added).

Eight Sleep hereby provides notice of Somnus's imminent plans to begin shipping infringing products into the United States.  The irreparable harm facing Eight Sleep will be compounded significantly if Somnus commences sales of infringing products in the United States. Obtaining injunctive relief against Somnus is, therefore, imperative to Eight Sleep and its efforts to protect its patented innovations.

Respectfully submitted,

Date: May 8, 2026

By:  */s/ Ryan R. Smith*

Ryan R. Smith
Admitted in EDTX, CA Bar No. 229323
rsmith@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (866) 974-7329

*Attorney for Plaintiff Eight Sleep, Inc.*