IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

EIGHT SLEEP, INC.,

   Plaintiff,

  v.

SOMNUS LAB and RAYNEWOOD AB,

   Defendants.

Civil Action No. 2:25-cv-01011-JRG-RSP

**JURY TRIAL DEMANDED**

**DECLARATION OF RYAN R. SMITH**

I, Ryan R. Smith, declare under penalty of perjury as follows:

1.  I am an attorney admitted to practice in the Eastern District of Texas.  I am a member of the firm of Willson Sonsini Goodrich & Rosati, P.C. and am one of the attorneys representing Plaintiff Eight Sleep, Inc. ("Eight Sleep") in the above-captioned action.  I am above the age of majority, of sound mind, and make this declaration based upon my own personal knowledge or, if so identified, upon my information and belief.

2.  Attached as Exhibit 1 is a true and correct copy of documents received from a process server in Sweden verifying that Chu Zhu, the founder and CEO of Defendants Somnus Lab and Raynewood AB, was hand served on April 23, 2026 with a copy of Magistrate Judge Payne's Report and Recommendation (Dkt. 10).

3.  Attached as Exhibit 2 is a true and correct copy of print-outs from Somnus's Reddit page showing numerous product review for its infringing mattress cover.

1

4.  Attached as Exhibit 3 is a true copy of print-outs from Somnus's Reddit page including the quote:  "[f]or our US community, we're just about 1-2 weeks out! Stay tuned, and feel free to ask if you need more info." .

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on May 8, 2026, in Menlo Park, California.

By:  _/s/ Ryan R. Smith_
Ryan R. Smith
Admitted in EDTX, CA Bar No. 229323
rsmith@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

_Attorneys for Plaintiff Eight Sleep, Inc._