# EXHIBIT 2

Skip to main content     ./somnuslab ✕     Search in r/somnuslab

 **r/somnuslab**

＋ Create Post     Join     •••

Feed     About                    Best ⌄    ⊟ ⌄

📌 Community highlights                                          ⌃

| Somnus Sleep Pad – How I Became a Beta Tester for a Smart Mattress | Beta Tester Review - Denver, CO | The Unexamined Default: Rethinking How We Sleep | Embedded Firmware, Reimagined: Bringing Modern Software Architecture to... | Crafting Comfort: The Personal Story Behind Our Red Dot-Winning Design | From Firmware to Cloud, Code to Bedside |
|---|---|---|---|---|---|
|  |  |  |  | |  |

 **u/NyaNc00** • 12 days ago                                    •••

**Experience after ~ one month of using Somnus**

Disclosure: I was able to test the Somnus as part of their beta program early. I was searching for a cooling solution for my bed for quite some time. Products that blow air into the bed do not reach the quality of sleep I am looking for, I am not interested in having a fan blowing air onto me the whole night. AC is basically non existent in Germany, and retrofitting an AC unit as a renter is not an option. So basically I landed quite early on EightSleep. However the reports of their product breaking down or starting to leak...

⬆ 8 ⬇     💬 1     ↗ Share

 **u/Important_Yak5930** • 20 days ago                          •••

**There will be single side versions?**

Do you have any plans to release single-size versions (80x200 cm / 90x200 cm) in the near future? Also for current users: Is it cool enough? How does it cool with respect to other products on the market? What about noise?

⬆ 4 ⬇     💬 9     ↗ Share

 **u/FoxHopeful7357** • 24 days ago                          •••

**Experience as an Early Beta Tester (3 Months of Somnus Lab usage)**

Skip to main content

⬆ 11 ⬇          💬 1          ↗ Share

**u/QQmachine1998** • 23 days ago

**Is this product released already?**

I was looking for similar products and after seeing the insane subscription price on the eight sleep I found this, is this product already available or is it only for beta testers? as most reviews I see are from testers only

⬆ 2 ⬇          💬 12          ↗ Share

**u/ArmasF311** • 1 mo. ago

**In-depth review after 4 months with the unit.**

Hello and welcome to my first in depth review. I will share my experiences with the Somnus Lab Sleep Pad, which I bought as part of the beta testing program. The company has had no say in what I include in this review, and everything I am sharing is my personal opinion. About me: My name is Armas. I'm 23 years old and from Germany. I am the tech guy in my friend group, making questionable financial decisions to get the latest and greatest; some might even say the weirdest. Being German, I'm not just throwing…

⬆ 6 ⬇          💬 8          ↗ Share

**u/FortuneAvailable1733** • 1 mo. ago

**Somnus Sleep Pad – How I Became a Beta Tester for a Smart Mattress**

TL;DR – Quick Summary

Rating: ★★★★☆ (4/5)

…

⬆ 15 ⬇          💬 24          ↗ Share

**u/JustSomeRandomSchmo** • 1 mo. ago

**My Experience as One of Somnus Lab's First Beta Testers (7+ Months)**

In early 2025, I came across Somnus Lab's posts on Reddit and Instagram, reached out, and was selected as one of their original beta testers. In exchange for my honest feedback, I was provided a pre-beta Somnus Labs cooling/heating mattress pad on August 8, 2025, as part of the very first batch of early testers (before the broader beta rollout in December 2025). I've been testing it ever since. Here is my honest review. Overall, I love it. The Somnus base unit feels very well designed, and the pad is impressive…

⬆ 10 ⬇          💬 1          ↗ Share

**u/buzmay** • 1 mo. ago

**Somnuslab Mattress & Sleep Pad Review after 1 month**

# Somnuslab Mattress & Sleep Pad Review

I have been using Somnuslab on a daily basis since the beginning of March. It's worth mentioning that I am part of the beta testing program, and this review is not sponsored. It all started with a one-to-one meeting with the founder, Chu. During the meeting, we discussed the importance of prioritising sleep and the vision behind Somnuslab.…

⬆ 8 ⬇          💬 1          ↗ Share

**u/mbcrisp87** • 1 mo. ago

**3 Days In**

Skip to main content



⬆ 11 ⬇    💬 0    ↗ Share

---

**u/mbcrisp87** • 1 mo. ago    •••

### Infrared Photos

⬆ 8 ⬇    💬 6    ↗ Share

---

**u/therealjmt91** • 1 mo. ago    •••

### Somnus impressions and comparison to Orion

I've been beta testing the somnus and wanted to give my thoughts. Long story short, I'm very impressed with the product. It's clear they've put much thought into a pleasant user experience: - Purely local control means WiFi issues or server outages won't brick the unit - Physical power buttons on the side so you don't have to fetch your phone - The water hose is long enough to snake almost to the side-foot of the bed. I was worried about this aspect in terms of room placement but unless you want it *literally* ...

⬆ 9 ⬇    💬 3    ↗ Share

---

**u/quebonti** • 1 mo. ago    •••

Skip to main content

been very positive. At the beginning, I did run into some technical issues, mainly related to frequent disconnections. This was a bit frustrating initially, as it affected the consistency of the data being recorded. However, I reached out to their technical support team, and they were responsive and helpful. With their guidance, I was able to ...

⬆ 6 ⬇      💬 1      ↗ Share

---

**u/Conscious_Teacher_15** • 2 mo. ago                                        •••

**Testing, testing**



⬆ 8 ⬇      💬 1      ↗ Share

---

**u/Tall_Worth_4938** • 2 mo. ago                                        •••

**Somnus Pad Review (EU Super King Size)**

## Preamble

We received this pre-production unit for free in exchange for an honest review. We did receive the European King Size (180x200cm).

## Introduction...

⬆ 15 ⬇      💬 5      ↗ Share

---

**u/mbcrisp87** • 2 mo. ago                                        •••

**Beta Test**

Over the last several years, I have started to do more and more research and self improvement on overall health, with sleep being one area. I looked years ago at Eight Sleep based on a recommendation from a Co-work but decided to not invest in it due to negative reviews on product quality, customer support, and leaks. I found Somnus Lab online after doing research to find other options and reached out to them. I was able to quickly get a response and was accepted into the "founders program" to help with ...

⬆ 12 ⬇      💬 3      ↗ Share

---

**u/somnuslab** • 2 mo. ago                                    📌    •••

**The Unexamined Default: Rethinking How We Sleep**

There's a pattern we see again and again: we tend to ignore things we've been doing since birth. Breathing. Walking. Eating. Sleeping. Because they feel automatic, we assume they're "solved." We run them on autopilot, rarely examining whether the way we're doing them is actually optimal for the environment we now live in. Running is a good analogy. Humans are born able to run, but anyone who's trained seriously knows how much there is to learn once you look closer—fueling strategies, pacing, training zones, ...

⬆ 10 ⬇      💬 0      ↗ Share

---

**u/14248** • 2 mo. ago                                        •••

**More available release date?**

Skip to main content

↑ 6 ↓    💬 5    ↗ Share

**u/rifatgkt** • 2 mo. ago                                                                    •••

**My first Impressions regarding the Somnus Lab product (as a Beta Tester**

I do have the Somnus Lab thermo-regulating matress in use for almost a month and thought I'd share my impressions with you. The setup was quite easy and with no hurdles. I did not have any experience with similar products, but always thought about trying to improve my sleep quality by regulating the temperature (other than with heating/opening the window). The app is really helpful and easy to use. There was one bug in the beginning, where I could not share the setup with my partner (to let her …

↑ 8 ↓    💬 6    ↗ Share

**u/FlatDrama3968** • 2 mo. ago                                                               •••

**Somnus Unboxing**

↑ 15 ↓    💬 13    ↗ Share

**u/Ill-House-8513** • 3 mo. ago                                                              •••

**Beta Testers!**

What are your experiences with Somnus Lab so far? I have an email from Eight Sleep in my inbox asking if I am ready to order, but I am debating whether it's worth waiting for Somnus Labs to release their product for purchase. I needed sleep relief like yesterday! 😜

↑ 8 ↓    💬 14    ↗ Share

**u/BluntForceHonesty** • 3 mo. ago                                                           •••

**"Whisper quiet operation."**

The title is from a post on your Instagram. Your website says "30-35dB at 1 ft (30 cm)." Can you tell me how you arrived at this information? Did you use a decibel meter? Were you in a controlled environment like a lab or were measurements taken in a home setting? Does it run standard at 35dB but it has a quiet mode that allows it to run more quietly or is the difference caused when the system reaches the desired temp?

↑ 4 ↓    💬 9    ↗ Share

**u/southerndude42** • 3 mo. ago                                                              •••

**Out of Warranty - Right to Repair**

This is a big subject regarding being able to repair your own devices. How is Somnus Labs approaching this? especially once the warranty runs out and say a pump goes out, etc. Is Somnus Labs going to offer kits/etc. for people to repair their units? or replace their covers affordably?

↑ 8 ↓    💬 5    ↗ Share

**u/BluntForceHonesty** • 4 mo. ago                                                           •••

Founder's Unit vs regular sleep pad?

⤒ 7 ⤓     💬 24     ↪ Share

**u/somnuslab** • 4 mo. ago

### Embedded Firmware, Reimagined: Bringing Modern Software Architecture to Microcontrollers

This post is written for engineers who have built either embedded systems or modern software systems and have felt the friction when trying to apply the practices of one world to the other. We briefly mentioned our choice of language - MicroPython on our firmware design. Today I'd like to share a bit more on how we structured our firmware and how MicroPython made it possible....

⤒ 7 ⤓     💬 4     ↪ Share

**u/somnuslab** • 5 mo. ago

### Crafting Comfort: The Personal Story Behind Our Red Dot-Winning Design

When I learned our Somnus Lab Sleep Pad had won the Red Dot Award for Product Design, I felt pleasantly surprised and genuinely honored. Winning in the category of Personal Care, Wellness, and Beauty felt like a beautiful acknowledgment of what we've been quietly building—something more personal than just another tech gadget, something designed to genuinely enhance lives. Here is the link on the official Red Dot website....

⤒ 6 ⤓     💬 9     ↪ Share

