# EXHIBIT 3

Is this product released already? : somnuslab

MY SUBREDDITS    POPULAR - ALL - USERS  |  ASKREDDIT - PICS - FUNNY - MOVIES - WORLDNEWS - NEWS - TODAYILEARNED - NOTTHEONI    **MORE »**

**SOMNUSLAB** | **comments**

Want to join? Log in or sign up in seconds.

## Welcome to Reddit.
### Come for the cats, stay for the empathy.

**BECOME A REDDITOR**    and start exploring

× | search

this post was submitted on 07 Apr 2026
**1 point** (100% upvoted)

shortlink: `https://redd.it/1sfb3e6`

**1**

### Is this product released already?
(self.somnuslab)
submitted 1 day ago by QQmachine1998

> I was looking for similar products and after seeing the insane subscription price on the eight sleep I found this, is this product already available or is it only for beta testers? as most reviews I see are from testers only

6 comments    share    save    hide    report

**Submit a new link**

**Submit a new text post**

## somnuslab

[ join ]

Welcome to the Somnus Lab Community! Connect with others, ask questions, and share reviews about our products. Join us to enhance your sleep experience with tips, feedback, and the latest updates.

a community for 1 year

MODERATORS

**MESSAGE THE MODS**

## all 6 comments
sorted by: **best**

### Want to add to the discussion?
### Post a comment!

**CREATE AN ACCOUNT**

[–] **somnuslab**  5 points 22 hours ago

Hi! Thanks for your interest in Somnus Lab!

We're putting the finishing touches on our official launch, but you can actually place your order now if you're in the UK, AU, or EU.

For our US community, we're just about 1–2 weeks out! Stay tuned, and feel free to ask if you need any more info.

permalink  embed  save  report  reply

   [–] **Miltinjohow**  1 point 6 hours ago

   If we order now when can we expect the unit to ship?

   permalink  embed  save  parent  report  reply

   [–] **Harv1to**  1 point 3 hours ago

   Any plans for a Canada release?

   permalink  embed  save  parent  report  reply

[–] **Brian1337**  3 points 1 day ago

Pretty sure just beta testers right now.

permalink  embed  save  report  reply

   [–] **InstanceEvening1219**  1 point 16 hours ago

If you change the reigon on their website you can buy it

permalink   embed   save   parent   report   reply

[–] **InstanceEvening1219**   2 points 1 day ago

It seems to be released everywhere but in the US.

permalink   embed   save   report   reply

## about

blog
about
advertising
careers

## help

site rules
Reddit help center
reddiquette
mod guidelines
contact us

## apps & tools

Reddit for iPhone
Reddit for Android
mobile website

## <3

**reddit premium**

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2026 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

π