**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**



| | | |
|---|---|---|
| EIGHT SLEEP, INC., | § § | |
| Plaintiff, | § § | |
| | § | Case No. 2:25-cv-1011-JRG-RSP |
| v. | § § | |
| | § | **JURY TRIAL DEMANDED** |
| SOMNUS LAB and RAYNEWOOD AB, | § § | |
| | § | |
| Defendants. | § § | |

**DECLARATION OF RYAN R. SMITH**

I, Ryan R. Smith, declare under penalty of perjury as follows:

1.    I am an attorney admitted to practice in the Eastern District of Texas.  I am a member of the firm of Wilson Sonsini Goodrich & Rosati, P.C. and am one of the attorneys representing Plaintiff Eight Sleep, Inc. ("Eight Sleep") in the above-captioned action.  I am above the age of majority, of sound mind, and make this declaration based upon my own personal knowledge or, if so identified, upon my information and belief.

2.    Attached as Exhibit 1 is a true and correct copy of an email I sent on September 29, 2025 to chu@somnuslab.com copying hey@somnuslab.com, attaching a letter of the same date. The letter explains that Defendants are infringing the patents-in-suit and requests that Defendants cease and desist. Based on my online research, I understood that the founder and CEO of Defendants was Chu Zhu.  I further understood that his email address was chu@somnuslab.com. I understood that hey@somnuslab.com was a general customer support email address.  I sent the

1

letter to both email addresses to maximize the odds of it being read by Mr. Zhu. I did not receive a delivery failure notification in response to this email.

3. Attached as Exhibit 2 is a true and correct copy of an email I received on October 3, 2025 from legal@somnuslab.com denying the assertions in Eight Sleep's letter of September 29. The combative tone of the email indicated that Defendants were unwilling to engage in productive licensing discussions. The email was signed by "Somnus Legal Counsel."

4. Attached as Exhibit 3 is a true and correct copy of an email I sent on October 7, 2025 to legal@somnuslab.com providing notice that Eight Sleep had filed this lawsuit and requesting waiver of service. I also included a link to all case filings at the time, including the Complaint, accompanying exhibits, and the Summons. I did not receive a delivery failure notification in response to this email.

5. Eight Sleep made substantial efforts to serve Defendants; however, the only known address was a residence. As confirmed by our Swedish process server, the residence was vacant. (Dkt. 9-6 at PageID #397). Eight Sleep's process server attempted to serve other corporate officers, including the CEO (Chu Zhu) and Vice CEO (Weiyan Shao) but neither opened the front door of their respective residence. The process server ultimately concluded that the corporate officers were either not in Sweden or were avoiding service. (*Id.* at PageID #392, #389, and #387).

6. Based on my visits to the Somnus website, in November or December 2025, I observed that Somnus had stopped offering its infringing product to United States customers. Although the product was still offered to customers outside of the United States.

7. Attached as Exhibit 4 is a true and correct copy of an email I sent on December 3, 2025 to legal@somnuslab.com providing notice that Eight Sleep had served the Texas Secretary

2

of State and filed the returned summons form. I did not receive a delivery failure notification in response to this email.

8.      Attached as Exhibit 5 is a true and correct copy of an email I sent on April 27, 2026 to legal@somnuslab.com, chu@somnuslab.com, and hey@somnuslab.com providing an email copy of the letter referenced in the paragraph below.

9.      Attached as Exhibit 6 is a true and correct copy of Affidavit of Service forms from a process server in Sweden.  These affidavits affirm that Zhe Cao (a director for Defendants) was personally served on April 23, 2026 with a letter from me to Defendants, dated April 10, 2026. The letter alerts Defendants to the Report and Recommendation and asks for compliance with Magistrate Judge Payne's recommended permanent injunction.

10.     Attached as Exhibit 7 is a true and correct copy of a certificate of service received from the Texas Secretary of State regarding service of Somnus Lab by registered mail sent on January 5, 2026.

11.     Attached as Exhibit 8 is a true and correct copy of a certificate of service received from the Texas Secretary of State regarding service of Raynewood AB by registered mail sent on January 5, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on May 14, 2026, in Palo Alto, California.

By: */s/ Ryan R. Smith*

Ryan R. Smith
Admitted in EDTX, CA Bar No. 229323
rsmith@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

*Attorneys for Plaintiff Eight Sleep, Inc.*