# Exhibit 1

**Smith, Ryan**

| | |
|---|---|
| **From:** | Smith, Ryan |
| **Sent:** | Monday, September 29, 2025 7:01 PM |
| **To:** | chu@somnuslab.com |
| **Cc:** | hey@somnuslab.com |
| **Subject:** | Letter from Eight Sleep re Patent Infringement |
| **Attachments:** | 2015.09.29 Patent Infringement Notice Letter.pdf |

Dear Mr. Zhu,

Please see the attached letter.

Best,

Ryan Smith
Wilson Sonsini
Cell: 650.269.0822
Email: rsmith@wsgr.com

1

# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

PHONE: 650.849.3345
EMAIL: rsmith@wsgr.com

September 29, 2025

***Via Email***
Chu Zhu
Founder & CEO
Somnus Labs
Email:  chu@somnuslab.com

**Re:     Eight Sleep's Patented Innovations**

Dear Mr. Zhu:

I write regarding my firm's client, Eight Sleep, Inc. ("Eight Sleep"), concerning your company's willful infringement of Eight Sleep's patented innovations.

As you may know, Eight Sleep was founded in 2014 based on CEO Matteo Franceschetti's realization that while mattresses take up a third of a person's life, there had been little innovation to improve sleep. Eight Sleep set out to use groundbreaking technology to enhance "sleep fitness" worldwide. Over the years, Eight Sleep has invested heavily in research and development in order to develop the world's first temperature-regulating smart mattresses and covers.

Eight Sleep's flagship product, named "Pod," is the core of Eight Sleep's technology. As depicted below, the Pod system consists of a cover, a hub, and a mobile app.



Eight Sleep's long-term commitment to research and development has yielded a growing patent portfolio, including nearly 80 filed applications and 21 grants, with many more pending issuance. The company's patent portfolio has been cited over 1,000 times in just a few short years.

**WILSON SONSINI**

Chu Zhu
September 29, 2025
Page 2

Somnus has blatantly infringed Eight Sleep's patented technology. Based on our review, Somnus does not have any patents of its own, and it is unclear how Somnus could have developed its products aside from copying Eight Sleep. Furthermore, Somnus has replicated the visual design, user experience, and content of Eight Sleep's mobile application. As such, Somnus's infringement is willful and may be subject to treble damages.

Eight Sleep demands that Somnus immediately cease and desist from all infringing activities. This includes, but is not limited to: (1) discontinuing the manufacture, use, sale, offer for sale, or importation of the Somnus Lab Sleep Pad; (2) removing the Somnus app from both Google and Apple app stores; (3) taking down Somnus's pre-order webpage globally; (4) preserving all documents relevant to Somnus' infringement; and (5) Somnus immediately destroying its entire inventory of Sleep Pad products. Eight Sleep will take prompt legal action unless Somnus provides certification of full compliance with each of Eight Sleep's demands by no later than October 3, 2025.

In the meantime, please contact me with any questions or concerns. We look forward to receiving your prompt response.

Sincerely,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*R R Smith*

Ryan R. Smith

cc: hey@somnuslab.com