# Exhibit 2

**Smith, Ryan**

---

| | |
|---|---|
| **From:** | Somnus Legal <legal@somnuslab.com> |
| **Sent:** | Friday, October 3, 2025 10:07 AM |
| **To:** | Smith, Ryan |
| **Subject:** | Re: Response to September 29, 2025 Letter |

EXT - legal@somnuslab.com

---

**October 3, 2025**

**Via Email**
Ryan R. Smith
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

**Re: Response to September 29, 2025 Letter**

Counsel,

Somnus Lab categorically rejects your allegations of infringement. Your September 29 letter is entirely ungrounded and demands extreme remedies—including application removal, website takedown, and inventory destruction—that lack any legal or factual basis.

If Eight Sleep wishes to have any further dialogue, you must, by Oct 5th, provide: (1) a list of each asserted patent; and (2) detailed claim charts mapping each asserted claim element to a specifically identified Somnus feature.

Somnus expressly preserves all rights, defenses, and remedies. With respect to Eight Sleep's ungrounded claims and unreasonable threats, Somnus reserves the right to pursue all appropriate relief, including but not limited to damages for direct and indirect business losses, attorneys' fees, and any other remedies available under law.

Somnus is preserving all relevant materials and expects Eight Sleep to do the same.

Sincerely,

**Somnus Legal Counsel**