# Exhibit 3

## Smith, Ryan

| | |
|---|---|
| **From:** | Smith, Ryan |
| **Sent:** | Tuesday, October 7, 2025 4:32 PM |
| **To:** | Somnus Legal |
| **Subject:** | Waiver of Service Request |
| **Attachments:** | Waiver of Service [Raynewood].pdf; Waiver of Service [Somnus].pdf |

To Whom it may concern:

Eight Sleep has filed a lawsuit against Somnus and Raynewood in the E.D. of Texas.  To avoid unnecessary costs and to provide you with additional time to respond to the complaint we request that you fill-out the attached waiver of service form.  Below is a link with the relevant case materials.  https://wsgr.box.com/s/eg8zmvy42uzynazs3jp3oz3iv17b4oz0

Please let me know if you have any questions or concerns.

Best,
Ryan

Ryan Smith
Wilson Sonsini
Cell: 650.269.0822
Email: rsmith@wsgr.com

1