Exhibit 4

## Smith, Ryan

| | |
|---|---|
| **From:** | Smith, Ryan |
| **Sent:** | Wednesday, December 3, 2025 10:29 AM |
| **To:** | legal@somnuslab.com |
| **Cc:** | Son, Naoya; Miller, Alex |
| **Subject:** | FW: Activity in Case 2:25-cv-01011-JRG-RSP Eight Sleep, Inc. v. Somnus Lab et al Summons Returned Executed |
| **Attachments:** | Proof of Service.pdf |

To Whom it May Concern:

Pease be advised that our law firm has completed service of the complaint on Somnus.  Please see the attached proof of service.

Best regards,

Ryan Smith
Wilson Sonsini
Cell: 650.269.0822
Email: rsmith@wsgr.com

---

**From:** txedCM@txed.uscourts.gov <txedCM@txed.uscourts.gov>
**Sent:** Wednesday, December 3, 2025 10:12 AM
**To:** txedcmcc@txed.uscourts.gov
**Subject:** Activity in Case 2:25-cv-01011-JRG-RSP Eight Sleep, Inc. v. Somnus Lab et al Summons Returned Executed

EXT - txedcm@txed.uscourts.gov

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of TEXAS [LIVE]

## Notice of Electronic Filing

The following transaction was entered by Smith, Ryan on 12/3/2025 at 12:11 PM CST and filed on 12/3/2025

1

**Case Name:**     Eight Sleep, Inc. v. Somnus Lab et al

**Case Number:**     2:25-cv-01011-JRG-RSP

**Filer:**     Eight Sleep, Inc.

**Document Number:** 5

**Docket Text:**
**Summons returned executed by Eight Sleep, Inc.. Raynewood AB served on 12/2/2025. (Smith, Ryan)**

**2:25-cv-01011-JRG-RSP Notice has been electronically mailed to:**

Ryan R Smith     rsmith@wsgr.com, kramos@wsgr.com

**2:25-cv-01011-JRG-RSP Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=12/3/2025] [FileNumber=15591595-0] [9a3df4336160cc05e9da3908c7aeb79c4617b92c8ab3bde19391be5438cc72e582 37b857305fcb57807dd4d3e6d9eaf774c38c24490a0824ec9b04f63345bcb3]]