# Exhibit 5

**Smith, Ryan**

| | |
|---|---|
| **From:** | Smith, Ryan |
| **Sent:** | Monday, April 27, 2026 4:19 PM |
| **To:** | chu@somnuslab.com; legal@somnuslab.com; hey@somnuslab.com |
| **Subject:** | Somnus' Willful Patent Infringement |
| **Attachments:** | 01 2026-04-14 Eight Sleep Letter to C. Zhu.pdf |

To Whom it May Concern:

Please see the attached letter, which has also been hand served on Mr. Zhu.

Best regards,

Ryan Smith
Wilson Sonsini
Cell: 650.269.0822
Email: rsmith@wsgr.com

1

# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

DIRECT DIAL: (650) 849-3345
EMAIL: RSMITH@WSGR.COM

April 10, 2026

**VIA HAND DELIVERY**

Chu Zhu
Founder and CEO, Somnus Lab
External CEO, Raynewood AB

Sormenvägen 50, 186 30
Stockholm, Sweden

Jaktvägen 13, 187 43
Täby, Sweden

Room 2, Units 10-12, 1/F
Hewlett Centre, 54 Hoi Yuen Road
Kwun Tong, Kowloon, Hong Kong

> **Re:    Somnus's Willful Patent Infringement**

Dear Mr. Zhu:

I write on behalf of my firm's client, Eight Sleep Inc. ("Eight Sleep"), regarding Somnus Lab's ("Somnus") willful patent infringement and apparent plan to violate a forthcoming injunction prohibiting any offers for sale, sales, importation, or use of Somnus's Sleep Pad product in the United States. To the extent that Somnus violates the forthcoming injunction, Eight Sleep fully intends to seek a contempt order against Somnus, including the imposition of civil penalties, and the destruction of all Sleep Pad units in the United States. The civil penalties sought by Eight Sleep could reach as much as $9,000 per unit sold (or $9,000,000 for each one thousand units sold), as well as all attorneys' fees. Eight Sleep may also seek damages, in the same amount, from any sales made by Somnus in the United States before the injunction is granted.

As you know, on October 6, 2025, Eight Sleep filed a patent lawsuit against Somnus, captioned as *Eight Sleep Inc. v. Somnus Lab, et al.*, Civil Action No. 2:25-cv-01011-JRG-RSP (E.D. Tex.). Eight Sleep alleged that Somnus's Sleep Pad infringes U.S. Patent Nos. 10,792,461, 12,377,240, and 12,370,339 (collectively, the "Asserted Patents"). *See* Ex. 1 (Complaint); Ex. 2 (Summons). We made numerous efforts to personally serve you and other agents of Somnus in

**WILSON**
**SONSINI**

Chu Zhu
April 10, 2026
Page 2

Sweden. *See* Ex. 3 (Declaration) at 42–48. After eventually serving Somnus through alternative means, Somnus failed to respond to the complaint, and Eight Sleep moved for default judgment. *See* Ex. 4 (Returned Summons); Ex. 5 (Motion). On February 6, 2026, Magistrate Judge Payne recommended granting Eight Sleep's motion for a default judgment and imposing a permanent injunction. *See* Ex. 6 (Report and Recommendation). The forthcoming permanent injunction will prohibit any making, using, selling, offering to sell, or distributing the Sleep Pad in the United States, as well as importing the Sleep Pad into the United States. *See* Ex. 7 (Proposed Order) at 4.

Considering that Somnus Lab is facing an imminent injunction, we were surprised by your recent Reddit posts. Specifically, on April 3, 2026, Somnus posted on Reddit that its United States "official launch is just around the corner[,]" and that "[t]he US pricing is $2,799 for Queen and $2,999 for King/Cali King[.]" Ex. 8 at 6-7. Then, on April 8, 2026, Somnus posted on Reddit that "[w]e're putting the finishing touches on our official launch . . . . For our US community, we're just 1–2 weeks out!" Ex. 9. We also recently found online product reviews from individuals who appear to be testing the Sleep Pad within the United States.[1]

Somnus's offers for sales, sales, importation, and use in the United States is willful infringement of the Asserted Patents, subjecting Somnus to up to treble damages (up to $9,000 per unit). Upon issuance of the forthcoming injunction, any such infringement constitutes civil contempt which, in addition to treble damages, may also render Somnus liable for Eight Sleep's attorneys' fees and other penalties, including the destruction of any Sleep Pad units imported or assembled in the United States within Somnus Lab's (or any related entity's) control, and suspension of all pending shipments of Sleep Pad units destined for the United States.

Please confirm in writing by April 17, 2026, that Somnus will immediately retract its Reddit posts and will affirmatively state on social media (including Reddit and Facebook), as well as on its website, that Somnus will not offer the Sleep Pad in the United States. Please also confirm that Somnus will fully comply with the Court's forthcoming permanent injunction order. *See* Ex. 6 (Proposed Order).

*    *    *    *

---

[1] *See* ENGEARMENT, *Somnus Lab Sleep System Review* (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=A-QwnvPMbfM; CASUAL FOCUS, *Somnus Temperature-Controlled Mattress Cover – Unboxing & First Look (Beta Tester)* (YouTube, Feb. 25, 2026), https://www.youtube.com/watch?v=yOlDRU9tYXs.

**WILSON
SONSINI**

Chu Zhu
April 10, 2026
Page 3


Please let me know if you have any questions or concerns.  We look forward to your prompt response and compliance with Eight Sleep's requests.

Sincerely,

WILSON SONSINI

*/s/ Ryan R. Smith*

Ryan R. Smith


cc: legal@somnuslab.com; hey@somnuslab.com; hello@somnuslab.com; support@somnuslab.com; dev@somnuslab.com; chu@somnuslab.com.