# Exhibit 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

EIGHT SLEEP, INC.,

        Plaintiff,

v.

SOMNUS LAB and RAYNEWOOD AB,

        Defendants.

**Case No.: 2:25-CV-01011-JRG-RSP**

## AFFIDAVIT OF SERVICE

I declare that I, Peter Bjersbo, am a resident of Sweden, over the age of twenty-one, not a party nor an attorney for any party in this action, and I performed the following service:

Service upon **Raynewood AB** was accomplished by delivering the Letter to Chu Zhu dated April 14, 2026 with Exhibits 1-9: Eight Sleep, Inc.'s Complaint for Patent Infringement (Swedish and English), Exhibits 1-31, Civil Cover Sheet, Summons in a Civil Action (Somnus Lab and Raynewood AB), Declaration of Ryan R. Smith, with Exhibits 1-8, Summons in a Civil Action (Somnus Lab and Raynewood AB), with Justin Rogers Affidavits of Service, Motion for Default Judgment and Permanent Injunction, Report and Recommendation, Order Granting Eight Sleep, Inc.'s Motion for Default Judgment and Permanent Injunction, Somnuslab Reddit Post (March 30 2026), and Somnuslab Reddit Post (April 7 2026), personally and in person to Zhe Cao for Raynewood AB on the 23rd day of April 2026 at 4:00 PM at the address of:

<u>Jaktvägen 13, 187 43, Täby, Sweden</u>

**Description of person served:**
Race: <u>Asian</u> Hair color: <u>black</u> Height: <u>175cm</u> Weight: <u>75kg</u> Gender: <u>M</u> Age: <u>Approx. 40 yrs old</u>

Signature _____

SUBSCRIBED AND SWORN to before me this __8th__ day of __May__, 2026.

_____
Authorized to swear affidavit oaths
under the laws of Sweden



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

EIGHT SLEEP, INC.,

      Plaintiff,

v.

SOMNUS LAB and RAYNEWOOD AB,

      Defendants.

Case No.: **2:25-CV-01011-JRG-RSP**

## AFFIDAVIT OF SERVICE

I declare that I, Peter Bjersbo, am a resident of Sweden, over the age of twenty-one, not a party nor an attorney for any party in this action, and I performed the following service:

Service upon **Zhe Cao** was accomplished by delivering the Letter to Chu Zhu dated April 14, 2026 with Exhibits 1-9: Eight Sleep, Inc.'s Complaint for Patent Infringement (Swedish and English), Exhibits 1-31, Civil Cover Sheet, Summons in a Civil Action (Somnus Lab and Raynewood AB), Declaration of Ryan R. Smith, with Exhibits 1-8, Summons in a Civil Action (Somnus Lab and Raynewood AB), with Justin Rogers Affidavits of Service, Motion for Default Judgment and Permanent Injunction, Report and Recommendation, Order Granting Eight Sleep, Inc.'s Motion for Default Judgment and Permanent Injunction, Somnuslab Reddit Post (March 30 2026), and Somnuslab Reddit Post (April 7 2026), personally and in person to Zhe Cao on the 23rd day of April 2026 at 4:00 PM at the address of:

<u>Jaktvägen 13, 187 43, Täby, Sweden</u>

**Description of person served:**
Race: <u>Asian</u> Hair color: <u>black</u> Height: <u>175cm</u> Weight: <u>75kg</u> Gender: <u>M</u> Age: <u>Approx. 40 yrs old</u>

Signature

SUBSCRIBED AND SWORN to before me this <u>8th</u> day of <u>May</u>, 2026.

Authorized to swear affidavit oaths
under the laws of Sweden

