# Exhibit 8

# The State of Texas



Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-1662
serviceofprocess@sos.texas.gov
Dial 7-1-1 For Relay Services
www.sos.texas.gov

## Secretary of State

March 11, 2026

Ryan R. Smith
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

> **2026-388148**
>
> **Include reference number in all correspondence**

RE:    Eight Sleep, Inc. vs Somnus Lab and Raynewood AB
       United States District Court for the Eastern District of Texas
       Cause No. 225CV1011

Dear Sir/Madam

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,

Service of Process
Government Filings
512-463-1662



# The State of Texas
## Secretary of State

2026-388148-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Complaint for Patent Infringement in the cause styled:

Eight Sleep, Inc. vs Somnus Lab and Raynewood AB
United States District Court for the Eastern District of Texas
Cause No: 225CV1011

was received by this office on December 2, 2025, and that a copy was forwarded on January 6, 2026, by REGISTERED MAIL, return receipt requested to:

Raynewood AB
Sormenvagen 50, 186 92 Vallentuna
Stockholm
Sweden

As of this date, no response has been received in this office.



Date issued: March 11, 2026

Jane Nelson
**Jane Nelson**
**Secretary of State**
GF/mo