# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

EIGHT SLEEP, INC.,             §
            §
       Plaintiff,         §
            §    Case No. 2:25-cv-1011-JRG-RSP
      v.               §
            §    **JURY TRIAL DEMANDED**
SOMNUS LAB and RAYNEWOOD AB,    §
            §
            §
       Defendants.      §
            §

## ORDER DENYING DEFENDANTS SOMNUS LAB AND RAYNEWOOD AB'S MOTION TO SET ASIDE DEFAULT AND EXTEND TIME TO FILE RESPONSIVE PLEADING

On this day, came for consideration before this Court, Defendants Somnus Lab and Raynewood AB's Motion to Set Aside Default and Extend Time to File Responsive Pleading. The Court, after considering the Motion, Plaintiff's Opposition, and argument of counsel, is of the opinion that such Motion shall be DENIED.

IT IS THEREFORE ORDERED that Defendants Somnus Lab and Raynewood AB's Motion to Set Aside Default and Extend Time to File Responsive Pleading is hereby **DENIED**.

**IT IS SO ORDERED.**