**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

EIGHT SLEEP, INC.

    *Plaintiff,*

v.

SOMNUS LAB AND RAYNEWOOD AB,

    *Defendants*.

CASE NO. 2:25-cv-1011-JRG-RSP

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

Before the Court is Defendants Motion to Dismiss Plaintiff's Complaint for Insufficient Service of Process and Lack of Personal Jurisdiction, and Plaintiff's Opposition to same. After consideration of said Motion, the Court finds that Plaintiff's opposition is well-taken and should be **GRANTED**.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction [Dkt. 20] is hereby **DENIED** in its entirety.