**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

EIGHT SLEEP, INC.

    *Plaintiff,*

v.

SOMNUS LAB AND RAYNEWOOD AB,

    *Defendants*.

§
§
§
§
§
§
§
§
§
§
§

CASE NO. 2:25-cv-01011-JRG-RSP

**JURY TRIAL DEMANDED**

## PLAINTIFF'S NOTICE OF COMPLIANCE

Plaintiff Eight Sleep, Inc. ("Eight Sleep") notifies the Court that it has complied with the requirements of P.R. 3-1 & 3-2 and the Court's June 22, 2026 Order (Dkt. 24) by serving its required Disclosure of Asserted Claims and Infringement Contentions on Defendants and all counsel of record via electronic mail on July 6, 2026.

Dated: July 7, 2026

Respectfully submitted,

By: */s/ Shaun W. Hassett*
    Michael E. Jones, State Bar No. 10929400
    Shaun W. Hassett, State Bar No. 24074372
    **POTTER MINTON P.C.**
    102 North College, Suite 900
    Tyler, TX 75702
    Tel: 903.597.8311
    mikejones@potterminton.com
    shaunhassett@potterminton.com

    Janine A. Carlan
    Taniel E. Anderson (*pro hac vice*)
    **ARENTFOX SCHIFF LLP**
    1717 K Street, NW
    Washington, DC 20006-5344
    Tel: 202.857.6000
    janine.carlan@afslaw.com
    taniel.anderson@afslaw.com

Matthew T. Wilkerson (*pro hac vice*)
**ARENTFOX SCHIFF LLP**
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
Tel: 312.258.5500
matthew.wilkerson@afslaw.com

*Attorneys for Plaintiff Eighteen Sleep, Inc.*